UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  AU:25-CR-00573(1)-ADA |
| | § | |
| (1) FRANCISCO JOEL MELGAR-ORTIZ | § | |

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed December 23, 2025, wherein the defendant (1) FRANCISCO JOEL MELGAR-ORTIZ waived appearance before this Court and appeared before United States Magistrate Judge Dustin M . Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) FRANCISCO JOEL MELGAR-ORTIZ to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) FRANCISCO JOEL MELGAR-ORTIZ's plea of guilty to Count One (1) is accepted.

Signed this 6th day of January, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE